IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KENNETH HUNT                                                                                    PETITIONER

v.                                  CASE NO. 2:17-cv-00012 JLH-JTK

LEE COUNTY CIRCUIT COURT, MILLIE HILL,
*City Council/Deputy Court Clerk*, and MARY
ANN WILKINSON, *Circuit Court Clerk, Lee County*                            RESPONDENT

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly. A certificate of appealability will not issue.

SO ORDERED this 1st day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE